UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Case No. 05-cr-136-01-SM

Carlos M. Nunez

O R D E R

Defendant Nunez's motion to continue the final pretrial conference and trial is granted (document 10).  Trial has been rescheduled for the December 2005 trial period.  Defendant Nunez shall file a waiver of speedy trial rights not later than September 29, 2005.  On the filing of such waiver, his continuance shall be effective.  No further continuances without good cause.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  November 28, 2005 at 3:00 p.m.

**Jury Selection**:  December 6, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 22, 2005

cc:   Joseph Caulfield, Esq.
      Robert Kinsella, AUSA
      US Probation
      US Marshal